## H. S. ENTERPRISES, INC.

v.

## GLOBAL ENTERPRISES, INC.

### No. 80–80–Appeal.

Supreme Court of Rhode Island.

### Oct. 17, 1980.

Selya & Iannuccillo, Inc., John G. Hines, Providence, for plaintiff.

Armstrong, Gibbons, Lodge & Kinder, William J. McGair, Providence, for defendant.

### ORDER

This case comes before us on a motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) of our Rules of Appellate Procedure. After considering the defendant's brief and also oral argument which was presented on October 9, 1980, we are of the opinion that the trial justice was not clearly wrong in approving the jurors' findings of fact in his decision denying a motion for new trial. Therefore, the motion to affirm is hereby granted.

■

## STATE

v.

## Nicholas ZINNI.

### No. 78–176–C.A.

Supreme Court of Rhode Island.

### Oct. 22, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

John A. O'Neill, Jr., Providence, for defendant.

### ORDER

The state's motion to dismiss the defendant's appeal on the basis that defendant has died is granted.

■

## STATE

v.

## Genice HANNON.

### No. 79–112–C.A.

Supreme Court of Rhode Island.

### Oct. 31, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

John A. MacFadyen III, Asst. Public Defender, for defendant.

### ORDER

The state's motion to dismiss defendant's appeal is hereby granted.